UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patricia Van Lue,

Plaintiff,

v.

UnumProvident Corporation,

Defendant.

---

Court File No. 2-CV-338 JRT/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The Parties stipulate, by and through their undersigned counsel, that the above-entitled action is hereby dismissed on its merits and with prejudice, but without costs to either party. The Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action of record.

Dated: 5/29/02

**JAMES W. BUCKLEY &**
**& ASSOCIATES, P.A.**

James W. Buckley (ID No. 12683)
3300 Edinborough Way, Suite 400
Minneapolis, MN 55435
Telephone: (952) 831-4485
Attorneys for Plaintiff

Dated: 6-6-02

**KRASS MONROE, P.A.**

John Harper III (ID No. 41397)
Terrance J. Wagener (ID No. 213676)
1650 West 82nd Street, Suite 1100
Bloomington, MN 55431
Telephone: (952) 885-5999
Attorneys for Defendant

FILED______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER FOR DISMISSAL**

Pursuant to Stipulation of the Parties, it is hereby ordered that the above-entitled action is hereby dismissed with prejudice and without costs to either part.

Dated: June 17, 2002

**BY THE COURT**

Judge of United States District Court

G:\WPDATA\U\UNUMPROVIDENT\72-VAN LUE\PLD\STIP OF DISMISSAL AND ORDER.DOC